DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RAYMOND C. GLEASON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-1175

[ December 12, 2018 ]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; James W. McCann, Judge; L.T. Case No. 562013CF000865A.

Carey Haughwout, Public Defender, and Jessica A. DeVera, Assistant Public Defender, West Palm Beach, for appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, and Jeanine Germanowicz, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

Raymond Gleason appeals his convictions and sentences for burglary of a dwelling and dealing in stolen property. We affirm on all issues raised by appellant, except we reverse and remand for a *nunc pro tunc* competency hearing. As the State concedes, the trial court failed to hold a competency hearing and make an independent determination of competency before trial. *See Silver v. State*, 193 So. 3d 991, 994 (Fla. 4th DCA 2016).

*Affirmed in part, Reversed in part, and Remanded.*

TAYLOR, CIKLIN and CONNER, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***